**No. 40579.**—Protests 941174–G, etc., of Biddle Purchasing Co. et al. (Baltimore, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40580.**—Protests 915852–G, etc., of Adlanco X-Ray Corp. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40581.**—Protests 911943–G, etc., of American Bemberg Corp. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40582.**—Protests 842141–G, etc., of N. S. Glauber et al. (Cleveland, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40583.**—Protests 797153–G, etc., of Ashcraft-Wilkinson Co. et al. (Philadelphia, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40584.**—Protests 770855–G, etc., of S. S. Adams Co. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, FEBRUARY 2, 1939

**No. 40585.**—Protests 882412–G, etc., of S. Lisk & Bro. et al. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel the cigarette whistles in question were held dutiable as bamboo articles at 45 percent under paragraph 409 as claimed. Abstract 39509 followed.